**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>DIRECTOR WARDEN, et al.,<br>　　　　Defendant(s). | No. C 07-01598 JW (PR)<br><br>**ORDER CONSOLIDATING CASES** |
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>DIRECTOR P.B.S.P. WARDEN, et al.,<br>　　　　Defendant(s). | No. C 07-02005 JW (PR) |
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>PELICAN BAY STATE PRISON THIRD WATCH, et al.,<br>　　　　Defendant(s). | No. C 07-02011 JW (PR) |
| WILLIE WEAVER,<br>　　　　Plaintiff,<br>　vs.<br>TRUST OFFICE,<br>　　　　Defendant. | No. C 07-02302 JW (PR) |

N:\Pro - Se\7.27.2007\07-01598 Weaver01598_consolid.wpd

| | |
|---|---|
| WILLIE WEAVER,<br>    Plaintiff,<br>vs.<br>DANIEL,<br>    Defendant. | No. C 07-02401 JW (PR) |
| WILLIE WEAVER,<br>    Plaintiff,<br>vs.<br>NELSON,<br>    Defendant. | No. C 07-02706 JW (PR) |
| WILLIE WEAVER,<br>    Plaintiff,<br>vs.<br>PELICAN BAY STATE PRISON, et al.,<br>    Defendant(s). | No. C 07-02707 JW (PR) |
| WILLIE WEAVER,<br>    Plaintiff,<br>vs.<br>J. E. BACHMAN,<br>    Defendant. | No. C 07-02876 JW (PR) |
| WILLIE WEAVER,<br>    Plaintiff,<br>vs.<br>DIRECTOR WARDEN, et al.,<br>    Defendant. | No. C 07-02878 JW (PR) |

The plaintiff in the above-entitled matters has filed a series of civil rights complaints, all appearing to arise out of a common nucleus of events and involve the

same defendants. On its own motion, the Court orders the cases consolidated.

The Consolidated case shall be entitled "In re Willie Weaver Section 1983 Claims I," and shall bear the Case Number of the earliest filed case: C 07-01598 JW (PR).

After filing this Order in each of the cases, the clerk of the Court is ordered to close the files on each of the other cases and terminate any pending motions therein. All future filings by plaintiff with respect to the above-entitled cases shall be in the consolidated case file.

DATED:   July 25, 2007                          _____
                                               JAMES WARE
                                               United States District Judge

**United States District Court**
For the Northern District of California